EDWARD B. GELLER, ESQ., P.C.<br>
15 Landing Way<br>
Bronx, New York 10464<br>
Tel: (914)473-6783

September 11, 2017

Hon. Tonianne J. Bongiovanni
United States District Court
District of New Jersey
402 E. State Street
Trenton, NJ  08608

Re:   Case No. 3:17-cv-03321
      Yaacov Weintraub v. JP Morgan Chase & Company

Dear Judge Bongiovanni:

I represent Plaintiff Yaacov Weintraub in the above matter, which is scheduled for an in person settlement conference on September 20, 2017 at 11:30 AM.

I am pleased to advise that this matter has been settled. Both sides are requesting that the Court issue a 60 day order to allow the parties time to circulate and execute the settlement documents, and that the September 20th conference be cancelled.

Thank you for your courtesy and consideration herein.

Very truly yours,

*[signature]*

Edward B. Geller
EBG/pw