UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YAACOV WEINTRAUB,<br><br>                       Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE & COMPANY,<br><br>                       Defendant. | Case No. 3:17-cv-03321-MAS-TJB |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Yaacov Weintraub and Defendant Chase Bank USA, N.A., incorrectly named in the complaint as JP Morgan Chase & Company, by and through their undersigned counsel, hereby stipulate that:

1. All claims, defenses, motions, and petitions asserted by Plaintiff against Defendant are dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

1

**SO STIPULATED:**

Dated: October 12, 2017

/s/ Edward B. Geller
Edward B. Geller, Esq.
Edward B. Geller, Esq., P.C. Of Counsel to
M. HARVEY REPHEN & ASSOCIATES, P.C.
15 Landing Way
Bronx, New York 10464
Tel.: (914) 473-6783

*Attorney for Plaintiff Yaacov Weintraub*

/s/ Ryan M. Chabot
Ryan M. Chabot
New Jersey Bar No. 162262015
WILMER CUTLER PICKERING HALE
    AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel. (212) 230-8800
Fax: (212) 230-8888

*Attorney for Defendant Chase Bank USA, N.A.*

So Ordered this 13th day of October, 2017

Hon. Michael Shipp, USDJ

2